**Electronically Filed**
**Supreme Court**
**SCWC-12-0001009**
**13-AUG-2015**
**02:12 PM**

SCWC-12-0001009

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DARIN F. LAU, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001009; CASE NO. 1DTC-12-003777)

ORDER REJECTING APPLICATION FOR CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Darin F. Lau's application

for writ of certiorari filed on July 6, 2015, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi, August 13, 2015.

James S. Tabe                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Brian R. Vincent
for respondent                   /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson